# NO. 12-23-00122-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANNIE KATHRYN COWING-ZITRON,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO 3* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Annie Kathryn Cowing-Zitron filed a motion to dismiss this appeal. The motion is electronically signed by Appellant and her counsel. *See* TEX. R. APP. P. 42.2(a); *see also* TEX. R. APP. P. 9.1(c) (electronic signatures); ***Lopez v. State***, No. 11-12-00361-CR, 2014 WL 3360144 (Tex. App.—Eastland July 3, 2014, no pet.) (per curiam) (mem. op., not designated for publication) (granting motion to dismiss electronically signed by appellant and counsel). No decision has been delivered in the appeal. Accordingly, we ***grant*** Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered November 8, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 8, 2023**

**NO. 12-23-00122-CR**

**ANNIE KATHRYN COWING-ZITRON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court at Law No 3
of Smith County, Texas (Tr.Ct.No. 003-80790-22)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*